IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CONNELLY AUTOMOTIVE | ) | CASE NO. 3:09-BK-00037 |
| ENTERPRISES, LLC | ) | JUDGE GEORGE C. PAINE, II |
| | ) | |
| DEBTOR(S) | ) | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** APRIL 23RD, 2009.
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** APRIL 28TH, 2009 at 9:00 a.m., Courtroom 1, Second Floor, 701 Broadway, Nashville, TN 37203.

### NOTICE OF MOTION OF TRUSTEE TO SELL PERSONAL PROPERTY

T. Larry Edmondson, Trustee, has asked the Court for the following relief: Permission of Court to sell Personal Property.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the Court to grant the attached Motion, or if you want the Court to consider your views on the Motion, then on or before April 23rd, 2009, you or your attorney must:

1. File with the Court your written response or objection explaining your position at:

    By Mail: U.S. Bankruptcy Court, 701 Broadway, Room 160, Nashville, TN 37203.
    In Person: U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN 37203.
    (Monday – Friday, 8:00 a.m. – 4:00 p.m.)

2. **Your response must state the deadline for filing responses April 23rd, 2009, the date of the scheduled hearing is April 28th, 2009, and the Motion to which your are responding is Motion of Trustee To Sell Personal Property.** If you want a file stamped copy returned, you must include an extra copy and a self – addressed, stamped envelope.

3. You must also mail a copy of your response to :

    T. Larry Edmondson           U.S. Trustee
    800 Broadway, 3rd Floor      701 Broadway, Suite 318
    Nashville, TN 37203          Nashville, TN 37203

If a timely response is filed, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the cases on the Court's website at www.Tnmb.uscourts.gov. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order Granting that Relief.

If you do not object, Movant will submit the attached proposed Order as the Order to be signed and entered in this case.

This 1st Day of April 2009.

By: /s/ T. LARRY EDMONDSON
T. LARRY EDMONDSON
Chapter 7 Trustee
800 Broadway, 3rd Floor
Nashville TN 37203
Ph: (615) 254-3765
Fax: (615) 254-2072
Larry@Edmondsonlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CONNELLY AUTOMOTIVE ENTERPRISES, LLC | ) CASE NO. 3:09-BK-00037 |
| | ) JUDGE GEORGE C. PAINE, II |
| | ) |
| DEBTOR(S) | ) |

## MOTION OF THE TRUSTEE TO SELL PERSONAL PROPERTY

Unless an objection and application for hearing is filed with the United States Bankruptcy Court Clerk, First Floor Customs House, 701 Broadway, Nashville, Tennessee 37203; and a copy served on the United States Trustee Office, 318 Customs House, 701 Broadway, Nashville, Tennessee 37203; and upon the Trustee within 20 days after the date of this notice, the Trustee shall proceed to sell the property as purposed.

DESCRIPTION OF PROPERTY: 2004 Ford F-150, Vin # 1FTRW12W44KA02566; 1995 Lincoln Continental, Vin # 1LNLM97V4SY755739; 1991 Buick Century, Vin # 3G4AL54NXMS603580; and 1992 Toyota Corolla, Vin # 1NXAE94A8N338559.

DATE AND TIME:   Twenty Days from Date of Notice if no objections are filed.

PLACE:   919 W. Main Street, Hendersonville, Tennessee.

TERMS OF SALE:   Asset to be advertised by Trustee's agent in the local paper, trade magazines such as Trader's Post, Wheels & Deals of Thrifty Nickel, etc., on the internet.

PROPERTY IS TO BE SOLD AS IS, WHERE IS, AND FREE AND CLEAR OF ANY LIENS. ANY VALID AND PROPER LIEN WILL ATTACH TO THE PROCEEDS OF THE SALE. TRUSTEE WILL CONVEY BY VALID BANKRUPTCY TRUSTEE'S DEED, OR APPROPRIATE INSTRUMENT, RIGHT, TITLE, AND INTEREST THAT TRUSTEE HAS THE RIGHT TO CONVEY. PROCEEDS OF THE SALE WILL BE SUBJECT TO TRUSTEE FEES AND EXPENSES. ANY CURRENT OR PRE-PETITION PROPERTY TAXES WILL BE PAID BY PURCHASER. TRUSTEE PROPOSES TO PAY EXEMPTIONS AND LIENHOLDERS AS FOLLOWS:

| | |
|---|---|
| Lienholders: | NONE |
| Trustee's Agent: | 10% Commission |
| Administrative Rent: | NONE |

Tennessee Department of Revenue and IRS have not filed Tax Liens in the above property.

Dated this 1st day of June, 2009.

/s/ T. LARRY EDMONDSON
T. LARRY EDMONDSON
Chapter 7 Trustee
800 Broadway, 3rd Floor
Nashville, TN 37203
Ph: (615) 254-3765
Fax: (615) 254-2072
Larry@Edmondsonlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CONNELLY AUTOMOTIVE** | ) **CASE NO. 3:09-BK-00037** |
| **ENTERPRISES, LLC** | ) **JUDGE GEORGE C. PAINE, II** |
| | ) |
| **DEBTOR(S)** | ) |

## ORDER TO SELL PERSONAL PROPERTY

Upon consideration of the Notice and Motion of T. Larry Edmondson, Trustee, for authority to sell the following:

1. 2004 Ford F-150, Vin # 1FTRW12W44KA02566
2. 1995 Lincoln Continental, Vin # 1LNLM97V4SY755739
3. 1991 Buick Century, Vin # 3G4AL54NXMS603580
4. 1992 Toyota Corolla, Vin # 1NXAE94A8N338559

This Personal Property is for the benefit of the estate in the above-styled matter, and no objection having been filed;

And it appearing to the Court that the sale of property will be beneficial to the bankruptcy estate;

It is hereby **ORDERED** that T. Larry Edmondson, Trustee, is authorized to sell said Personal Property for the benefit of the above-styled estate.

It is so ORDERED this the _____ day of _____, 2009.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/ T. LARRY EDMONDSON
T. LARRY EDMONDSON
Chapter 7 Trustee
800 Broadway, 3rd Floor
Nashville, TN 37203
Ph: (615) 254-3765
Fax: (615) 254-2072
Larry@Edmondsonlaw.com



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

IN RE: )
 )
CONNELLY AUTOMOTIVE ) CASE NO. 3:09-BK-00037
ENTERPRISES, LLC ) JUDGE GEORGE C. PAINE, II
 )
 DEBTOR(S) )

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was mailed postage prepaid and/or electronically sent to the U.S. Trustee, 701 Broadway, Customs House, Suite 318, Nashville, Tennessee 37203; Connelly Automotive Enterprises, LLC, Debtor(s), 1201 Fessler Lane, Nashville, TN 37210, Steven L. Lefkovitz, Attorney for Debtor(s), 618 Church Street, Suite 410, Nashville, TN 37219; and to the attached list of creditors, as reflected on the mailing matrix attached to the original of this pleading on file with the Clerk of the Court.

This 1st day of April, 2009.

By: /s/ T. LARRY EDMONDSON
T. LARRY EDMONDSON
Chapter 7 Trustee
800 Broadway, 3rd Floor
Nashville, TN 37203
Ph: (615) 254-3765
Fax: (615) 254-2072
LarryEdmondson@live.com

```
Label Matrix for local noticing           CONNELLY AUTOMOTIVE ENTERPRISES, LLC      Five Star Investments, Inc.
0650-3                                    1201 FESSLER LANE                         2964 Sidco Drive
Case 3:09-bk-00037                        Nashville, TN 37210-4626                  Nashville, TN 37204-3715
Middle District of Tennessee
Nashville
Wed Apr  1 10:07:03 CDT 2009

Nashville Bank and Trust Company          Tennessee Department of Revenue           ACCOUNTNET!
Gullett Sanford Robinson & Martin, PLLC   c/o TN Atty Gen. Off., Bank Div.          5700 HILLSBORO ROAD
c/o Linda W. Knight                       P.O. Box 20207                            Nashville TN 37215-4227
P.O. Box 198888                           Nashville, TN 37202-4015
Nashville, TN 37219-8888

ALABAMA LADDER CO                         ARE                                       ARROW SPEED
BOXES AND LADDER                          PO BOX 1100                               686 ADAMS
280 SNOW DRIVE STE 7                      Massillon OH 44648-1100                   Kansas City KS 66105-1403
Birmingham AL 35209-6300


AT&T ADVERTISING                          AUDIOVOX                                  BLUE CROSS TENNESSEE
PO BOX 105024                             PO BOX 18000                              PO BOX 180172
Atlanta GA 30348-5024                     Saint James NY 11780                      Chattanooga TN 37401-7172



CLARKSVILLE DISPOSAL LLC                  COMCAST                                   CRYSTAL SPRINGS
PO BOX 30339                              PO BOX 105184                             PO BOX 660579
Clarksville TN 37040-0006                 Atlanta GA 30348-5184                     Dallas TX 75266-0579



DELTACOM                                  FAB FOUR, INC.                            FIVE STAR INVESTMENTS, LLC
PO BOX 740597                             10424 RODNEY STREET                       2617 GRANDVIEW AVENUE
Atlanta GA 30374-0597                     Pineville NC 28134-8832                   Nashville TN 37211-2202



Five Star Investments, L.P.               Five Star Investments, L.P.               GREY HAVEN INTERNET SVCS
2964 Sidco Drive                          c/o F. Russell Harwell                    1406 CLIFFORD COURT
Nashville, TN 37204-3715                  Adams and Reese LLP                       Mount Juliet TN 37122-7405
                                          424 Church Street, Suite 2800
                                          Nashville, TN 37219-2386


(p)INTERNAL REVENUE SERVICE               KATZKIN                                   KEN CONNELLY, SR.
CENTRALIZED INSOLVENCY OPERATIONS         6868 ACCO STREET                          5 APPLEROCK COURT
PO BOX 21126                              Montebello CA 90640-5441                  Brentwood TN 37027-8944
PHILADELPHIA PA 19114-0326



KEYSTONE                                  KEYSTONE AUTOMOTIVE OPERATIONS            METRO WATER SERVICES
PO BOX 64418                              44 TUNKHANNOCK AVE                        PO BOX 305225
Pittsburgh PA 15264                       EXETER, PA 18643-1221                     Nashville TN 37230-5225




METROPOLITAN TRUSTEE                      NASHVILLE BK & TRUST CO                   NASHVILLE ELECTRIC SERVICE
PO BOX 196358                             4525 HARDING ROAD                         1214 CHURCH STREET
Nashville TN 37219-6358                   SUITE 300                                 Nashville TN 37246-0002
                                          Nashville TN 37205-2190
```

| | | |
|---|---|---|
| (p)PIEDMONT NATURAL GAS<br>ATTN CBO BANKRUPTCY<br>4339 SOUTH TRYON ST<br>CHARLOTTE NC 28217-1733 | NEAL AND HARWELL<br>150 4TH AVENUE NORTH<br>SUITE 2000<br>Nashville TN 37219-2498 | NEC FINANCIAL SERVICES<br>300 FRANK W. BURR BLVD<br>7TH FL<br>Teaneck NJ 07666-6703 |
| Nashville Bank and Trust Company<br>c/o Linda W. Knight, Esq.<br>Gullett Sanford Robinson & Martin, PLLC<br>P.O. Box 198888<br>Nashville, TN 37219-8888 | P&E DIST<br>709 RIVERGATE PARKWAY<br>Nashville TN 37203 | Piedmont Natural Gas Company<br>4339 S. Tryon St/Bankruptcy<br>Charlotte, NC 28217-1733 |
| SPRINT<br>PO BOX 4181<br>Carol Stream IL 60197-4181 | STEPHEN PRINCE<br>4 COLONEL WINSTEAD<br>Brentwood TN 37027-8936 | TENNESSEE FARMERS INSURANCE<br>PO BOX 307<br>Columbia TN 38402-0307 |
| TN DEPT LBR WRK FRC DEV<br>C/O TN ATTY GEN BK UNIT<br>PO BOX 20207<br>NASHVILLE TN 37202-4015 | TN DEPT REVENUE<br>C/O TN ATTY GEN BK UNIT<br>PO BOX 20207<br>NASHVILLE TN 37202-4015 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 |
| TRINITY<br>PO BOX 515487<br>Los Angeles CA 90051-6787 | ULTIMATE LINING<br>6630 ROXBURAH DRIVE<br>SUITE 175<br>Houston TX 77041-5213 | US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| VISA<br>CARDMEMBER SERVICES<br>PO BOX 94014<br>Palatine IL 60094-4014 | WADE SANDRELL<br>4923 GRANNY WHITE PIKE<br>Nashville TN 37220-1401 | WHEEL PROS<br>2700 BRICK CHURCH PIKE<br>Nashville TN 37207-3902 |
| YELLOW BOOK<br>PO BOX 11815<br>Newark NJ 07101-8115 | STEVEN L. LEFKOVITZ<br>LAW OFFICES LEFKOVITZ & LEFKOVITZ<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219-2452 | THOMAS LARRY EDMONDSON SR<br>T. LARRY EDMONDSON ATTORNEY AT LAW<br>800 BROADWAY 3D FL<br>NASHVILLE, TN 37203-3835 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| IRS<br>PO BOX 21126<br>PHILADELPHIA PA 19114 | NASHVILLE GAS CO<br>PO BOX 1258<br>Charlotte NC 28201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)FIVE STAR INVESTMENTS              End of Label Matrix
2964 SIDCO DRIVE                      Mailable recipients   50
Nashville TN 37204-3715               Bypassed recipients    1
                                      Total                 51
```