
George C. Paine, II
US Bankruptcy Judge
Dated: 04/30/09



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CONNELLY AUTOMOTIVE | ) | CASE NO. 3:09-BK-00037 |
| ENTERPRISES, LLC | ) | JUDGE GEORGE C. PAINE, II |
| | ) | |
| DEBTOR(S) | ) | |

### AMENDED ORDER TO SELL PERSONAL PROPERTY

Upon consideration of the Notice and Motion of T. Larry Edmondson, Trustee, for authority to sell the following:

1. 2004 Ford F-150, Vin # 1FTRW12W44KA02566
2. 1995 Lincoln Continental, Vin # 1LNLM97V4SY755739
3. 1991 Buick Century, Vin # 3G4AL54NXMS603580
4. 1992 Toyota Corolla, Vin # 1NXAE94A8N338559

This Personal Property is for the benefit of the estate in the above-styled matter, and Withdrawal of Objection having been filed on 4/27/2009;

And it appearing to the Court that the sale of property will be beneficial to the bankruptcy estate;

It is hereby **ORDERED** that Withdrawal has been filed and T. Larry Edmondson, Trustee, is authorized to sell said Personal Property for the benefit of the above-styled estate.

It is so ORDERED this the _____ day of _____, 2009.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/ T. LARRY EDMONDSON
T. LARRY EDMONDSON
Chapter 7 Trustee
800 Broadway, 3rd Floor
Nashville, TN 37203
Ph: (615) 254-3765
Fax: (615) 254-2072
Larry@Edmondsonlaw.com

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.