IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CONNELLY AUTOMOTIVE | ) | CASE NO. 3:09-BK-00037 |
| ENTERPRISES, LLC | ) | JUDGE GEORGE C. PAINE, II |
| | ) | |
| DEBTOR(S) | ) | |

## TRUSTEE'S REPORT OF SALE

Comes now the Trustee, T. Larry Edmondson, and makes the following report of sale of certain personal property of the above estate by advertisement of Trustee's agent in the local paper, trade magazines such as Traders Post, Wheels & Deals or Thrifty Nickel, etc., on the internet. Notice of this sale was provided to all creditors and parties in interest by Trustee's Notice of Proposes Sale of Property mailed April 1st, 2009, and Order Signed on signed on April 29th, 2009, and by signature below, the Trustee hereby certifies that no objections were properly made.

The following property was abandoned subsequent to the sale, withdrawn form the sale, missing at the time of the sale, or sold for below its appraised value or reasonable value: NONE

The following parties claim to have a perfected security interest in the proceeds of the sale: NONE

    Other Deduction: Heldreth & Associates                    $940.00

The gross proceeds totaled $9,400.00.

APPROVED FOR ENTRY:

/s/ T. LARRY EDMONDSON
T. LARRY EDMONDSON
Chapter 7 Trustee
800 Broadway, 3rd Floor
Nashville, TN 37203
Ph: (615) 254-3765
Fax: (615) 254-2072
Larryedmondson@live.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CONNELLY AUTOMOTIVE | ) | CASE NO. 3:09-BK-00037 |
| ENTERPRISES, LLC | ) | JUDGE GEORGE C. PAINE, II |
| | ) | |
| DEBTOR(S) | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was mailed postage prepaid and/or electronically sent to the U.S. Trustee, 701 Broadway, Customs House, Suite 318, Nashville, Tennessee 37203; Connelly Automotive Enterprises, LLC, Debtor(s), 1201 Fessler Lane, Nashville, TN 37210, Steven L. Lefkovitz, Attorney for Debtor(s), 618 Church Street, Suite 410, Nashville, TN 37219; and to All Secured Creditors and the top 20 Unsecured Creditors.

This 27th day of October, 2009.

                                                  By:      /s/ T. LARRY EDMONDSON
                                                                 T. LARRY EDMONDSON
                                                                  Chapter 7 Trustee
                                                                   800 Broadway, 3rd Floor
                                                                  Nashville, TN 37203
                                                                  Ph: (615) 254-3765
                                                                  Fax: (615) 254-2072
                                                                  LarryEdmondson@live.com

# Invoice

John H. Heldreth and Associates

339-D Rockland Rd.
Hendersonville, TN 37075

| Date | Invoice # |
|---|---|
| 6/3/2009 | 10 |

| Bill To |
|---|
| Larry Edmondson<br>800 Broadway<br>Nashville, TN 37203 |

| P.O. No. | Terms | Project |
|---|---|---|
| Connolly | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Sold Truck for $9400.00 @ 10% | 940.00 | 940.00 |

Connolly

**Total** $940.00